UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Sherry Karvaski

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

Commonwealth of PA
Dept of Human Services
White Haven Center, et
al.

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 26 - 335

(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

FEB 10 2026

PER_____ CP _____

DEPUTY CLERK

COMPLAINT

1. The plaintiff Sherry Karvaski a citizen of

the County of Luzerne State of

Pennsylvania, residing at 250 Tripp St, Apt A3, Swoyersville, PA 18704

wishes to file a complaint under Title VII of the Civil

(give Title No. etc.)

Rights Act of 1964

2. The defendant is Commonwealth of PA Dept. of

human Services, White Haven Center, et al.,

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form Use as
much space as you need. Attach extra sheet(s) if necessary) The Commonwealth

3. (CONTINUED) of PA to take appropriate remedial action after reporting ongoing sexual harassment by my coworker. I was issued unwarranted discipline + threatened, with further disciplinary action in retaliation for making complaints of harrassment. Even after going to a court hearing, under oath the defendant and I both stating we had no relationship other than coworker, HR + anyone in a position to handle complaints refused to do so because of an excuse we were in a relationship.

4. WHEREFORE, plaintiff prays that Relief of economic

and non economic damages. Lost wages due to having to take a leave. Mental anguish, loss of Consortium. Loss of enjoyment of life. Emotional Distress, Migraines, years of therapy, Physical pain due to TMJ. Overall incovience, Damage to my reputation. Damages of 175,000.

Sherry Karvaski
(Signature of Plaintiff)

Czarutarurski
570-406-6457

I was threatened by HR staff.
I was disciplined. I attatched copies
of discrimination.

I was hired at the Whitehaven
Center to begin employment on May
5, 2014. I never once was
disciplined & recieved compliments on
my performance at work often.
I can even provide proof if that
is necessary. I did provide many
pages of proof of the discrimination
and retaliation, along with two
different disciplinary actions; used
to scare me out of reporting.
I was told By the EEOC that
HR at WHC stated they didnt
retaliate due to the reporting
but I provided proof that it
is completly related. In one
instance while WHC was closing
I was told I couldnt attend
meeting without someone by my
side. They did anything they
could to humiliate me and
make me stop reporting.

I wanted to quit due to the retaliation but it was my main source of income as a single mom. Also I feared with two disciplinary actions on my record to now disclose although un warranted, they would ruin my reputation + no one would hire me. My "right to sue" from EEOC is attatched.

I worked a WHC from May 5th 2014 to February 23rd, 2023

My grades also provided notably dropped during the retaliation. I am usually a A student, when not being retaliated against.

I do have more evidence to the harassment by the Male but as I understand this is about my employer.

Shey hush
February 10 2026